**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELOY ARSENIO SOSA-GARCIA, | No. 05-72421 |
| Petitioner, | Agency No. A036-047-850 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Eloy Arsenio Sosa-Garcia, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's removal order.  We have jurisdiction pursuant to 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JTK/Research

§ 1252. We review de novo questions of law, *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir. 2005), and we deny the petition for review.

Sosa-Garcia does not challenge that he was convicted of a crime of domestic violence, rendering him removable under 8 U.S.C. § 1227(a)(2)(E)(i). Sosa-Garcia's contention that the petty offense exception found in 8 U.S.C. § 1182(a)(2)(A)(ii)(II) is applicable to the ground of removability in 8 U.S.C. § 1227(a)(2)(E)(i) is without merit. We need not reach his challenges to the agency's two alternative grounds for removability.

Sosa-Garcia's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**